# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY - 4 2010
J. T. NOBLIN, CLERK
BY_____DEPUTY

DE LAGE LANDEN FINANCIAL SERVICES, INC.     PLAINTIFF

V.                                          CIVIL ACTION NO. 4:10cv67DPJFKB

PIONEER HEALTH SERVICES
OF NEWTON COUNTY, LLC                       DEFENDANT

## FIAT

TO: CLERK OF COURT
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

You are hereby ordered to issue process in the form of a Summons to the Defendant Pioneer Health Services of Newton County, LLC at 110 Pioneer Way, Magee, Mississippi 39111. The Summons shall require the Defendant to appear at a final hearing at the United States District Court for the Southern District of Mississippi before the Honorable Daniel P. Jordan on the 19th day of May, at 9:00 a.m., to respond to Plaintiff's Complaint for Replevin with Bond filed herein, a copy of which shall be attached to and served with the Summons, and to show cause, if any they can, why a final judgment for Plaintiff for possession of the property described in said Complaint for Replevin should not be granted.

SO ORDERED, this the 3RD day of MAY, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

A TRUE COPY, I HEREBY CERTIFY
J. T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK