IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



DE LAGE LANDEN FINANCIAL SERVICES, INC.                               PLAINTIFF

V.                                              CIVIL ACTION NO. 4:10cv67DPJFKB

PIONEER HEALTH SERVICES
OF NEWTON COUNTY, LLC                                                  DEFENDANT

## AGREED FINAL JUDGMENT OF REPLEVIN

This cause came on for hearing on May 19, 2010, on the Complaint for Replevin With Bond filed by Plaintiff De Lage Landen Financial Services, Inc. ("DLL") against Defendant Pioneer Health Services of Newton County, LLC ("Pioneer Health Services"). The Court, upon agreement of the Plaintiff and Defendant, hereby finds that DLL is entitled to the relief requested. It is therefore,

ORDERED AND ADJUDGED that DLL is entitled to permanent possession of the Aquilion 16 Whole Body CT Scanner, serial number GDD0813192 ("Aquilion 16 Scanner"), together with all accessories, attachments, equipment and parts, currently located at the Newton Regional Hospital at 9421 Eastside Drive Ext., Newton, Mississippi 39345. The Aquilion 16 is to be immediately seized by the United States Marshall without further process upon Pioneer Health Services, and deliver said property to DLL, a certified copy of the final judgment rendered in such case being furnished to the United States Marshall as evidence of his authority to seize such property and deliver it to DLL.

IT IS FURTHER ORDERED AND ADJUDGED, upon agreement of the Plaintiff and Defendant memorialized by a Fiat executed by both parties, that DLL shall not exercise its right of immediate possession of the Aquilion 16 Scanner until at least sixty (60) days following the

date of hearing, that date being July 19, 2010, to allow Pioneer Health Services the opportunity to remit payment to DLL of all past due amounts or to secure the purchase of a replacement CT scanner. During this sixty (60) day period, Pioneer Health Services, upon DLL's request, shall grant and arrange for reasonable access to the Aquilion 16 Scanner for potential buyers of the Aquilion 16 Scanner. Pioneer shall also grant reasonable access to the Aquilion 16 Scanner during this sixty (60) day period to DLL and its agents for the purpose of preparing the Aquilion 16 Scanner for repossession following the expiration of the sixty (60) day period.

IT IS FURTHER ORDERED AND ADJUDGED that DLL and its surety, Westchester Fire Insurance Company, shall be and hereby are fully discharged and the replevin bond filed in this case by DLL shall be and hereby is cancelled.

SO ORDERED, this the 25 day of MAY, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Agreed to:

_____
Seth C. Little (MSB #102890)
Counsel for Plaintiff

_____
Bruce Smith (MSB # 7471)
Counsel for Defendant